### Commonwealth *v.* Smith, Appellant.

Argued November 16, 1972. *Francis J. Fornelli,* with him *Cusick, Madden, Joyce &*

742

*McKay,* for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The district attorney being in agreement, the judgment of sentence is vacated and the defendant is discharged.

WATKINS, J., absent.